CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 31 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

GEORGE MONTGOMERY BAYLOR, )
M.D., )
                                    )
    Plaintiff, )
                                    )
v. )      ORDER
                                    )
COMPREHENSIVE PAIN )      Case No. 7:09-cv-00472-mfu
MANAGEMENT CENTERS, INC., )
et als., )
                                    )
    Defendants. )

On this day came the parties, by counsel, to establish a pre-trial schedule in this matter, and it appearing proper to do so, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. All dispositive motions shall be filed with supporting memoranda and other documentation on or before February 2, 2011. Any briefs in opposition to such dispositive motions shall be filed on or before February 16, 2011, and all responses thereto shall be submitted on or before February 23, 2011. The parties shall appear before the Court at 2:00 p.m. on February 28, 2011 to argue any dispositive motions filed in accordance with this schedule.

2. The parties shall appear on February 9, 2011 at 9:30 a.m. for a hearing on whether sanctions should be imposed under the circumstances addressed at the hearings of January

12, 2011 and January 24, 2011. Plaintiff shall file his brief in support of any request for sanctions on or before January 31, 2011, and Defendants Comprehensive Pain Management, Gunasiri Samarasinghe and Kathleen Samarasinghe shall file any brief in response thereto on or before February 7, 2011.

3. The trial of this action is scheduled for May 25 - 27, 2011, beginning at 9:30 a.m.

4. All other dates and time periods in the pre-trial schedule as set forth in the order entered in this court on December 23, 2009 (ECF 13) shall remain in effect to the extent not inconsistent with the dates set forth in this order with the exception that discovery is closed without leave of court.

Entered this 28th day of January, 2011.

_____
Judge

WE ASK FOR THIS:

/S/Robert S. Ballou
Robert S. Ballou, Esquire
Virginia State Bar No. 28080
JOHNSON, AYERS & MATTHEWS, P.L.C.
P. O. Box 2200
Roanoke, Virginia 24009
Telephone: (540) 767-2000
Facsimile: (540) 982-1552
    Counsel for Michael T. Kelley, D.O.

/s/Kristen Konrad Johnston
Kristen Konrad Johnstone, Esquire
Amy Hansen Geddes, Esquire
Ryan Everett Thum, Esquire
OSTERHOUDT PRILLAMAN NATT HELSCHER
YOST MAXWELL & FERGUSON
P.O. Box 20487
Roanoke, Virginia  24018
    e-mail ahansen@opnlaw.com
    e-mail kjohnstone@opnlaw.com
    e-mail rthum@opnlaw.com
    Counsel for Comprehensive Pain Management Centers, Inc.
            Gunasiri Samarasinghe, M.D.
            Kathleen Samarasinghe


Seen and objected to as to paragraphs 1, 3, and 4 of this Order for the reasons stated in the 'Plaintiff's Objection to January 18, 2011 Order Granting Continuance and Extending Time in which Defendants May File Dispositive Motions' which are incorporated herein by reference.

/s/Lori Dawn Thompson
Lori Dawn Thompson, Esquire
LECLAIR RYAN, PC
1800 Wachovia Tower
Drawer 1200
Roanoke, Virginia  24006
    e-mail - lori.Thompson@leclairyan.com
    Counsel for George Montgomery Baylor, M.D.