IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE MONTGOMERY BAYLOR, M.D., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 7:09cv00472 |
| | ) |
| v. | ) |
| | ) |
| COMPREHENSIVE PAIN MANAGEMENT | ) By: Hon. Michael F. Urbanski |
| CENTERS, INC., <u>et al.</u>, | ) United States Magistrate Judge |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that defendants' motions for summary judgment (Docket Nos. 98, 101 & 103) are **GRANTED in part** and **DENIED in part**. The court **GRANTS** summary judgment as regards Counts V (business conspiracy) and VI (tortious interference) and **DENIES** summary judgment as regards Counts I, II, III, IV and VII.

Counts I, II, and VII will proceed against defendant Comprehensive Pain Management Centers, Inc. ("CPMC"). Counts III and IV will proceed against defendants CPMC, Gunasiri Samarasinghe, M.D., Kathleen Samarasinghe, and Michael T. Kelly, D.O.

It is **SO ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered: April 6, 2011

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States Magistrate Judge